Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SVEN SMEETS, et al.

          Plaintiff(s),

v.

Path, Inc., a Delaware corporation, et al

          Defendant(s).

Case No: CV 13 3057

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Brandee L. Caswell, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Path, Inc. in the above-entitled action. My local co-counsel in this case is Calvin L. Litsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3200 Wells Fargo Center, 1700 Lincoln Street Denver, CO 80203-4532 | 1950 University Ave., Suite 450 East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 607-3500 | (650) 324-6700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| (303) 607-3600 | (650) 324-6701 |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 30706.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/02/13

                                        Brandee L. Caswell
                                              APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Brandee L. Caswell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 3, 2013

                                      ~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                               *October 2012*



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, *Christopher T. Ryan* Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**BRANDEE L CASWELL**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **20th** day of **May** A. D. **1999** and that at the date hereof the said **BRANDEE L CASWELL** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **28th** day of **June** A. D. **2013**

*Christopher T. Ryan*
Clerk

By _____
Deputy Clerk