Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVEN SMEETS, on behalf of himself )
) Case No: CV 13 3057
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Path, Inc., a Delaware corporation, and ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

   I, Amber L. Abbuhl, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Path, Inc. in the above-entitled action. My local co-counsel in this case is Calvin L. Litsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3200 Wells Fargo Center, 1700 Lincoln Street Denver, CO 80203-4532 | 1950 University Ave., Suite 450 East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 607-3500 | (650) 324-6700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| (303) 607-3600 | (650) 324-6701 |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36601.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/02/13

                                                       Amber L. Abbuhl
                                                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Amber L. Abbuhl is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 3, 2013

~~UNITED STATES~~ /MAGISTRATE JUDGE
Judge Maria-Elena James



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, *Christopher T. Ryan* Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**AMBER LANE ABBUHL**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __25th__ day of __October__ A. D. __2005__ and that at the date hereof the said **AMBER LANE ABBUHL** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __28th__ day of __June__ A. D. __2013__

*Christopher T. Ryan*
Clerk

By *Andrew Steck*
Deputy Clerk