ORSHANSKY & YEREMIAN LLP
  A Limited Liability Partnership
ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@oyllp.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@oyllp.com
16133 Ventura Boulevard, Suite 1245
Encino, California 91436
Telephone: (818) 205-1212
Facsimile: (818) 205-1616

Attorneys for Plaintiffs SVEN SMEETS, ARAGORN MALLORY, and JOSHUA BECKWITH,
on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVEN SMEETS, an individual, ARAGORN MALLORY, an individual, and JOSHUA BECKWITH, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>PATH, INC., a Delaware corporation, and DOES 1 to 50, inclusive,<br><br>          Defendants. | Case No. CV 13-03057 WHO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2  Procedure 41(a), Plaintiffs Sven Smeets, Aragorn Mallory, and Joshua Beckwith
3  voluntarily dismiss *without prejudice* the above-entitled action against Defendant
4  Path, Inc.  This Notice of Dismissal is being filed with the Court before service by
5  Defendant of an answer or a motion for summary judgment.
6  DATED:       August 29, 2013            ORSHANSKY & YEREMIAN LLP

By _____
Anthony J. Orshansky
Attorneys for Plaintiffs and the
Putative Class

## CERTIFICATE OF SERVICE

I, Anthony J. Orshansky, an attorney, certify that on August 29, 2013, I served the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on the 29th day of August, 2013.

Brandee L. Casewell, Esq.
Amber L. Abbuhl, Esq.
Calvin L. Litsey, Esq.
FAEGRE BAKER DANIELS LLP
1950 University Ave., Suite 450
East Palo Alto, CA 94303

_____
Anthony J. Orshansky